No. 81–1714. DINNAN *v.* BLAUBERGS. C. A. 11th Cir. Certiorari denied.

No. 81–1742. MOORE ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–1763. SHANAHAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–1799. HERITAGE PUBLISHING CO. *v.* CUMMINS, EXECUTRIX, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–1835. PLACE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1836. WATSON ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1842. MURRAY, DBA BIG SKY TOYOTA *v.* TOYOTA MOTOR DISTRIBUTORS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1873. ANDERSON *v.* ANDERSON. Sup. Ct. S. C. Certiorari denied.

No. 81–1896. HALIKAS *v.* RIVER REGION MENTAL HEALTH-MENTAL RETARDATION BOARD, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–1899. JANNOTTI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–1900. HILLIS *v.* STEPHEN F. AUSTIN UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.